UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIA V. CARMONA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0968 (JGP) |
| HENRY M. PAULSON, JR., SECRETARY, U.S. DEPARTMENT OF THE TREASURY, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The Defendant, Henry M. Paulson, Secretary, U.S. Department of the Treasury, respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2007, I caused the foregoing Notice of Appearance to be served by first class mail, postage prepaid, on:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723


_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney