UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-0968 (JGP) |
| HENRY M. PAULSON, JR., SECRETARY, U.S. DEPARTMENT OF THE TREASURY, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSE**

Defendant, Henry M. Paulson, Jr., Secretary, U.S. Department of the Treasury, through his undersigned counsel, hereby requests an enlargement of time, until and including August 20, 2007, within which to file his answer or other response to Plaintiff's complaint. Defendant's answer is presently due on July 30, 2007, and this is Defendant's first request for an enlargement of time for this purpose. Pursuant to Local Rule 7(m), Defendant's undersigned counsel telephoned the *pro se* Plaintiff to obtain her position on the relief requested herein. However, Defendant's counsel was unable to reach Plaintiff, but left a voice mail message regarding this motion. Therefore, Defendant is unable to advise the Court of Plaintiff's position with respect to this motion.

There is good cause for this motion. This is Plaintiff's fifth, of six, complaints filed in this Court alleging many of the same violations that she has alleged in other complaints. Moreover, it appears that Plaintiff has received rulings from the Court on some of the same legal issues raised in her complaint, and Plaintiff may be barred from raising them again in this action.

Thus, Defendant needs additional time to review Plaintiff's other complaints and the Court's rulings prior to responding to Plaintiff's complaint. Accordingly, Defendant is requesting an enlargement of time until and including August 20, 2007, to file his answer or other response to Plaintiff's complaint.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted. A proposed order is included with this motion.

> Respectfully submitted,
>
> /s/
> JEFFREY A. TAYLOR, D.C. BAR # 498610
> United States Attorney
>
> /s/
> RUDOLPH CONTRERAS, D.C. BAR # 434122
> Assistant United States Attorney
>
> /s/
> JUDITH A. KIDWELL
> Assistant United States Attorney
> 555 Fourth Street, N.W.- Civil Division
> Room E4905
> Washington, D.C. 20530
> (202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_\_\_th day of July, 2007, I caused the foregoing Motion for Enlargement of Time to be served by first class mail, postage prepaid, on:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0968 (JGP) |
| HENRY M. PAULSON, JR., SECRETARY, U.S. DEPARTMENT OF THE TREASURY, | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION OF Defendant's Motion for An Enlargement of Time to file an answer or other response to the complaint herein, any opposition thereto, and the entire record herein, it is this ___ day of _____, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including August 20, 2007, to file an answer or other response to Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE