UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARIA V. CARMONA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0968 (JGP) |
| | ) | |
| HENRY M. PAULSON, JR., SECRETARY, | ) | |
| U.S. DEPARTMENT OF THE TREASURY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF MOTION AND PROPOSED ORDER**

The Defendant, Henry M. Paulson, Secretary, U.S. Department of the Treasury, respectfully requests that the Clerk of the Court withdrawal the motion for enlargement of time and proposed order filed by the Defendant on July 19, 2007, in the above-captioned case. The Defendant advises the Clerk of the Court that the Defendant will be filing a consent motion for enlargement of time.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of July, 2007, I caused the foregoing Notice of Withdrawal of Motion and Proposed Order to be served by first class mail, postage prepaid, on:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney