UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 07-0968 (JGP) |
| HENRY M. PAULSON, JR., SECRETARY, U.S. DEPARTMENT OF THE TREASURY, | ) |
|       Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSE**

Defendant, Henry M. Paulson, Jr., Secretary, U.S. Department of the Treasury, through his undersigned counsel, hereby requests an enlargement of time, until and including August 20, 2007, within which to file his answer or other response to Plaintiff's complaint. Defendant's answer is presently due on July 30, 2007, and this is Defendant's first request for an enlargement of time for this purpose. Pursuant to Local Rule 7(m), Defendant's undersigned counsel telephoned the *pro se* Plaintiff to obtain her position on the relief requested herein. Defendant's counsel was unable to reach Plaintiff, but left a voice mail message regarding this motion. However, on July 20, 2007, Defendant's counsel received a voice mail message from Plaintiff indicating her consent to Defendant's motion for an enlargement of time.

There is good cause for this motion. This is Plaintiff's fifth, of six, complaints filed in this Court alleging many of the same violations that she has alleged in other complaints. Moreover, it appears that Plaintiff has received rulings from the Court on some of the same legal issues raised in her complaint, and Plaintiff may be barred from raising them again in this action.

Thus, Defendant needs additional time to review Plaintiff's other complaints and the Court's rulings prior to responding to Plaintiff's complaint. Accordingly, Defendant is requesting an enlargement of time until and including August 20, 2007, to file his answer or other response to Plaintiff's complaint.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of July, 2007, I caused the foregoing Defendant's Consent Motion for Enlargement of Time To File Answer or Other Response to be served by first class mail, postage prepaid, on:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

                                                 _____/s/_____
                                                 JUDITH A. KIDWELL
                                                 Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA,         ) | |
|                                    ) | |
|         Plaintiff,    ) | |
|                                    ) | |
|     v.                               ) | Civil Action No. 07-0968 (JGP) |
|                                    ) | |
| HENRY M. PAULSON, JR., SECRETARY, ) | |
| U.S. DEPARTMENT OF THE TREASURY, ) | |
|                                    ) | |
|        Defendant.    ) | |

**ORDER**

UPON CONSIDERATION OF Defendant's Consent Motion for An Enlargement of Time to file an answer or other response to the complaint herein, and the entire record herein, it is this ___ day of _____, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including August 20, 2007, to file an answer or other response to Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE