UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HENRY M. PAULSON, JR., SECRETARY,<br>U.S. DEPARTMENT OF THE TREASURY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-0968 (JGP)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S ANSWER

Defendant, Henry M. Paulson, Secretary, U.S. Department of the Treasury, by and through undersigned counsel, hereby responds to Plaintiff's complaint as follows:

### FIRST DEFENSE

Plaintiff has failed to appropriately exhaust administrative remedies.

### SECOND DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

### THIRD DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### FOURTH DEFENSE

Defendant is entitled to offsets for any back pay or front pay awarded to Plaintiff.

### FIFTH DEFENSE

Plaintiff's claims are barred by the doctrine of *res judicata*.

### SIXTH DEFENSE

Plaintiff's claims are barred by the statute of limitations.

**The Complaint**

Defendant further answers the numbered lines of Plaintiff's complaint by denying the allegations contained therein, except as expressly admitted as follows:

**Cause of Action**

**Lines 1-8.** These lines contain Plaintiff's characterization of her action to which no answer is required. Insofar as an answer may be required, these lines are denied.

**Lines 9-19.** These lines constitute an excerpt from the Code of Federal Regulations, to which no answer is required. Insofar as an answer may be required, these lines are denied

**Lines 20-23.** Deny.

**Lines 24-27.** Deny.

**Lines 28-32.** These lines constitute an excerpt from Title 18, United States Code, Section 242, to which no answer is required. Insofar as an answer may be required, these lines are denied.

**Lines 33-35.** Deny.

**Lines 36-39.** Deny, except to admit that Plaintiff has not been represented by an attorney in any of the administrative or legal actions involving the Office of Inspector General ("OIG").

**Lines 39-40.** These lines constitute Plaintiff's jurisdictional statement, to which no answer is required. Insofar as an answer may be required, these lines are denied.

**Lines 41-43.** Deny, except to admit that Plaintiff is a United States citizen, a Hispanic female, and a GS-511-14 employee who has been in federal service for 31 years.

**Lines 44-47.** Admit that: (a) Plaintiff's OPF shows that she joined the OIG in March

1983 as a GS-7; (b) Plaintiff's application, which is included in her OPF, indicates that she received a second bachelor's degree; and (c) Plaintiff's application in her OPF indicates that she held a CPA certification. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments.

      **Lines 47-48.**   Admit that Plaintiff's OPF shows that prior to joining the OIG in 1983, she had reached GS-10.

      **Lines 49-52.**   Deny, except to admit that Plaintiff has not been permanently promoted beyond the GS-14.

      **Lines 53-56.**   Deny, except to admit that this is Plaintiff's fifth civil action and that the time frames referenced in footnote 3 are accurate.

      **Lines 57-59.**   Deny, except to admit that eight years passed between the filing of Plaintiff's formal complaint and the final agency decision as referenced in footnote 4.

      **Lines 60-62.**   Deny, except to admit that the OFO decision states that the OIG did not file a response to the appeal, and that the EEOC Office of Federal Operations Director Carlton M. Hadden issued a decision on February 23, 2007, denying Plaintiff's request for reconsideration, informing Plaintiff that she had no further right to administrative appeal, and advising Plaintiff that she had a right to file a civil action..

      **Lines 63-72.**   Deny, except to admit that Plaintiff was not selected for the position of Deputy Assistant Inspector General for Program Audit, ES-511, Vacancy Announcement OIG-98-022, and that Marla Freeman has been a selecting official with regard to other vacancy announcements as referenced in footnote 7.

      **Lines 73-77.**   Deny, except to admit that Marla Freedman is not in Plaintiff's protected

class based on national origin, and that the Treasury OIG has not promoted a candidate who is both female and Hispanic in the 511 series beyond Grade 14.

**Lines 78-80.**   Deny.

**Lines 81-85.**   Admit that in 1989, Plaintiff conducted some type of study. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments.

**Lines 86-87.**   Deny.

**Lines 88-89.**   Admit.

**Line 90.**   Deny.

**Line 91-104.**   Deny, except to admit that Plaintiff met the minimum qualifications for the SES position, and that some management officials of the OIG had knowledge of Plaintiff's national origin, sex, age, and the fact that she had engaged in statutorily protected activities.

## Relief Requested

This paragraph contains Plaintiff's prayer for relief to which no answer is required. Insofar as an answer is deemed necessary, Defendant denies that Plaintiff is entitled to any relief whatsoever and specifically denies that Plaintiff is entitled to a jury trial on her ADEA claims.

Defendant hereby specifically denies each and every allegation contained in Plaintiff's complaint not hereinbefore answered.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250


Of Counsel:

Cynthia Langwiser
Office of the Counsel to the Inspector General
Office of Inspector General
U.S. Department of Treasury

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2007, I caused the foregoing Answer to be served by first class mail, postage prepaid, on:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney