UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-968(JGP) |
| ) | |
| HENRY M. PAULSON, JR., ) | |
| Secretary of the Treasury, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel for defendant, Henry M. Paulson, Jr., Secretary of the Treasury, in the above-captioned case.

Respectfully submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Office of the United States Attorney for the
 District of Columbia, Civil Division
555 Fourth St., N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Appearance was sent by the Court's Electronic Case Filing System and first class, pre-paid mail, this 5th day of September, 2006, to:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney