# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>HENRY M. PAULSON, JR., )<br>  Secretary of the Treasury, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 07-968(JGP) |

**DEFENDANT'S NOTICE ON THE STATUS OF THE CASE**[1]

Pursuant to the Court's August 13, 2007 Order, Defendant, Henry M. Paulson, Jr., in his official capacity as Secretary of the Treasury, respectfully submits this report on the status of this case filed on or around May 24, 2007. Plaintiff brought this suit pursuant to 18 U.S.C. § 241 (conspiracy), Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621. As for her Title VII claim, Plaintiff alleges discrimination based on national origin (Hispanic) and sex (female).

As for the factual bases of her claims, Plaintiff alleges that Defendant and members of the Equal Employment Opportunity Commission failed to comply with 29 C.F.R. § 1614 and with the EEO MD-110[2] in processing her administrative complaints. Plaintiff also alleges that

---

[1] Consistent with the Court's August 14, 2007 Order, Defendant's counsel contacted the pro se Plaintiff yesterday, September 4, 2007, about filing a joint report. Defendant's counsel was unable to reach the Plaintiff, but left a voice mail message with both a telephone number and an electronic mail address. At the time of the filing of this Notice, Plaintiff had not yet responded to the voice mail from Defendant's counsel.

[2] See http://www.eeoc.gov/federal/md110.html.

Defendant has not promoted her beyond the grade 14 level and has engaged in a continued pattern of reassigning Plaintiff resulting in a hostile/harassing work environment.  Defendant answered Plaintiff's Complaint on August 3, 2007.  Defendant anticipates that the next step in this case would be a scheduling conference.

         Respectfully Submitted,

         /s/ Jeffrey A. Taylor /mj
         _____
         JEFFREY A. TAYLOR, D.C. BAR #498610
         United States Attorney

         /s/ Rudolph Contreras /mj
         _____
         RUDOLPH CONTRERAS, D.C. BAR #434122
         Assistant United States Attorney

         /s/ Beverly M. Russell
         _____
         BEVERLY M. RUSSELL, D.C. Bar #454257
         Assistant United States Attorney
         United States Attorney's Office for the
          District of Columbia, Civil Division
         555 4th Street, N.W., Rm. E-4915
         Washington, D.C. 20530
         Ph:  (202) 307-0492
         Fax: (202) 514-8780
         E-Mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing <u>Defendant's Notice on the Status of this Case</u> was sent by the Court's Electronic Case Filing System and first class, pre-paid mail, this <u>5th</u> day of September, 2006, to:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney