UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIA V. CARMONA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 1:07-0968 (JGP) |
| | ) | ECF |
| HENRY M. PAULSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Judith A. Kidwell.

Dated: September 24, 2007

Respectfully submitted,

/s/
JUDITH A. KIDWELL

/s/
BLANCHE L. BRUCE
D.C. Bar No. 960245
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-6078