CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 07-0968 (JR) |
| ) | |
| HENRY M. PAULSON, JR., Secretary ) | Category    H |
| of the Treasury ) | |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 25, 2007 from Judge John Garrett Penn to Judge James Robertson by direction of the Calendar Committee.

(Related to 04-0589)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓