UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, Jr. )<br>Secretary of the Treasury, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0968(JR) |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed.R.Civ.P. 6(b), Defendant, the Secretary of the Treasury in his official capacity, by and through the undersigned counsel, respectfully requests an enlargement of time up to and including March 10, 2008, to respond to Plaintiff's two Complaints.[1]  Defendant's response is currently due on January 31, 2008.  The reasons for the enlargement are the following:

1.   The undersigned counsel has been unable to respond to Plaintiff's Complaints because of her caseload which included being responsible for discovery in two other cases, 1) Singh v. George Washington University, et. al, No. 06-0574, a federal torts claims act case, and 2) Novo Norkdisk A/S v. Dudas, No. 06-1896, a patent case.  Discovery closed for the Singh case on January 16, 2008 and discovery closes in Novo Norkdisk on February 18, 2008.  Moreover, undersigned counsel has a summary judgement motion due on February 1, 2008, in a freedom of information act (FOIA) case, Judicial Watch, Inc. V. U..S. Department of Justice, No. 07-0506, in which the court has already granted one enlargement of time to respond.

---

[1]   This Court incorporated Plaintiff's two Complaints, 07-0769 and 07-0768 , into one case which is now captioned under civil number 07-0768.

2.  The undersigned counsel mailed a letter to Plaintiff on Friday, January 25, 2008, seeking her position on the enlargement, and has not heard from Plaintiff.

CONCLUSION

For the above stated reason, Defendant's request for an Enlargement of Time be granted.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

**CERTIFICATE OF SERVICE**

     I hereby certify that on this   30th day of January, 2008, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

                                                  /s/_____
                                                  BLANCHE L. BRUCE
                                                  Assistant United States Attorney
                                                  555 Fourth Street, N.W., Room E-4220
                                                  Washington, D.C. 20530
                                                  (202) 307-6078 (telephone)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
**MARIA V. CARMONA,**                  )
                                       )
    **Plaintiff,**                 )
                                       )
        v.              )    Civil Action No. 07-0968(JR)
                                       )
**HENRY M. PAULSON, Jr.**              )
**Secretary of the Treasury,**         )
                                       )
**Defendant.**                         )
_____)

**ORDER**

UPON CONSIDERATION of the Secretary of Treasury's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including March 10, 2008, to answer, move or otherwise respond to Plaintiff's Complaint.


Date _____         _____
                                  UNITED STATES DISTRICT JUDGE