UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARIA V. CARMONA, :
:
    Plaintiff, :
:
v. : Civil Action No. 07-0968 (JR)
:
HENRY M. PAULSON, JR., Secretary :
of the Treasury, :
:
    Defendant. :

### ORDER

Upon consideration of defendant's motion for enlargement of time [14] it is

**ORDERED** that the motion is **granted** and defendant may have up to and including March 3, 2008 to respond to plaintiff's complaint.

_____
JAMES ROBERTSON
United States District Judge