UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0968; 07-0969 (JR) |
| ) | |
| HENRY M. PAULSON, ) | |
| Secretary of the Treasury ) | |
| ) | |
| Defendant ) | |

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Harry B. Roback, Assistant United States Attorney, as counsel of record for the defendant in this action. The Clerk of the Court will please withdraw Blanche L. Bruce as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2008, I caused the foregoing Substitution of Counsel to be served on pro se plaintiff by U.S. Postage, addressed as follows:

**MARIA V. CARMONA**
8306 Haven Hill Court
Laurel, MD 20723

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309