**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARIA V. CARMONA,                    :
                                     :
          Plaintiff,                 :
                                     :
     v.                              : Civil Action No. 07-0968 (JR)
                                     :
HENRY M. PAULSON, JR., Secretary :
of the Treasury,                     :
                                     :
          Defendant.                 :

**ORDER**

The Rule 16.3 report of defendant [18] is **approved and so ordered.** Discovery is to be complete by September 30, 2008. Any dispositive motions must be filed by November 14, 2008, with the dates for oppositions and replies to be governed by the Local Rules, unless the parties otherwise agree. Dates for a final pretrial conference and for trial will be set, if at all, following decisions on any dispositive motions (or, if no such motion is filed, by order issued on or after November 14, 2008). It is **SO ORDERED.**

JAMES ROBERTSON
United States District Judge