UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA V. CARMONA,** )<br>)<br>    **Plaintiff,**   )<br>)<br>    v.    )<br>)<br>)<br>**HENRY M. PAULSON, JR.,** )<br>**SECRETARY OF THE TREASURY,** )<br>)<br>    **Defendant.**   )<br>) | Civ. A. No. 07-968 (JR)<br>Civ. A. No. 07-969 (JR) |

## DEFENDANT'S REQUEST FOR A STATUS CONFERENCE

Maria Carmona is a serial litigant who has repeatedly filed employment discrimination claims against the Department of the Treasury with this Court. *See, e.g.* Civil Action Nos. 01-115, 04-589, 05-1194, 05-2428, and 08-261. Recently, Ms. Carmona has demonstrated that she is more interested in pursuing new claims than litigating the cases that are currently pending before this Court. *See, e.g.*, Civil Action No. 04-589, Order dated 3/6/08 (granting defendant's motion for summary judgment as unopposed); Civil Action No. 08-261, Order dated 6/13/08 (dismissing complaint based on plaintiff's failure to appear at status conference and her failure to respond to the Court's show cause order).

Defendant is preparing to conduct discovery in the above-captioned cases. Before undertaking that effort, however, Defendant would like to know that Ms. Carmona still intends to pursue this litigation. Accordingly, the Department of Treasury requests that the Court schedule a status conference in this case.

Respectfully submitted,

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        /s/ Harry B. Roback
        HARRY B. ROBACK, D.C. Bar # 485145
        Assistant United States Attorney
        United States Attorneys Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 616-5309

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2008, I served plaintiff with Defendant's Request for a Status Conference by mailing it to the following address:

Maria V. Carmona
8306 Haven Hill Court
Laurel, MD 20723

                                      /s/ Harry B. Roback
                                      Harry B. Roback