UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA V. CARMONA,                       :
                                        :
        Plaintiff,                      :
                                        :
     v.                                 : Civil Action No. 07-0968 (JR)
                                        :
HENRY M. PAULSON, JR., Secretary        :
of the Treasury,                        :
                                        :
        Defendant.                      :

### ORDER

Defendant's motion for a status conference is unsettling, because it suggests that neither party has done anything with this case since the entry of an order on 3/20/08, approving and so ordering defendant's Rule 16.3 report. The deadline for plaintiff's designation of an expert has already come and gone. Defendant's suggestion that plaintiff may no longer be interested in pursuing her case, however, is pure speculation. Absent a showing that defendant has made some attempt to move the ball and that plaintiff has resisted, there is no need for a status conference. The motion for a status conference [#20] is **denied.** The dates set forth in defendant's Rule 16.3 report are the schedule of this case. The deadlines are firm. It is time, and past time, for both sides to get to work.

                                            JAMES ROBERTSON
                                        United States District Judge