**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


MARIA V. CARMONA,                       :
                                        :
          Plaintiff,                    :
                                        :
     v.                                 :  Civil Action No. 07-0968 (JR)
                                        :
HENRY M. PAULSON, JR., Secretary :
of the Treasury,                        :
                                        :
          Defendant.                    :

                              **ORDER**


          Defendant's motion to compel [22] has not been opposed
within the time allowed for responses to motions and is **granted
as conceded.**  The plaintiff will **take notice** that, unless she
provides properly sworn answers to the interrogatories propounded
to her and certifies to the Court by September 24, 2008, that she
has done so, the Court will, sua sponte and without further
motion, dismiss this action with prejudice.  See Rule
39(b)(2)(A)(v) of the Federal Rules of Civil Procedure.




                              JAMES ROBERTSON
                    United States District Judge